THE STATE EX REL. GUY, APPELLANT, *v*. INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Guy v. Indus. Comm.*,
127 Ohio St.3d 212, 2010-Ohio-5678.]

(No. 2009–1268—Submitted October 12, 2010—Decided November 24, 2010.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

Schiavoni, Schiavoni, Bush & Muldowney and Shawn R. Muldowney, for appellant.

Richard Cordray, Attorney General, and Derrick L. Knapp, Assistant Attorney General, for appellee.

THE STATE EX REL. CEDENO, APPELLANT, *v*. INDUSTRIAL
COMMISSION OF OHIO, APPELLEE, ET AL.

[Cite as *State ex rel. Cedeno v. Indus. Comm.*,
127 Ohio St.3d 212, 2010-Ohio-5677.]

(No. 2009–1777—Submitted October 12, 2010—Decided November 24, 2010.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.